UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Lidia Taranov, by and through
Tatiana Taranov and Leonid Taranov,
Next Friends

    v.

Case No. 21-cv-995-PB

Area Agency of Greater Nashua, a/k/a Region VI Area Agency d/b/a Gateways Community Services, Inc. et al.

JUDGMENT

In accordance with the following, judgment is hereby entered:

1. Order by Judge Paul Barbadoro dated April 5, 2022, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 1, 2021; and

2. Memorandum and Order by Judge Paul Barbadoro dated October 16, 2023.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: October 16, 2023

cc: Tatiana Taranov
    Counsel of Record